ANNA ELLIOTT and GEORGE ELLIOTT, Respondents, v. ISIDORE COHEN and

SADIE D. COHEN, Appellants.— Judgment unanimously affirmed, with costs, under section 106 of the Civil Practice Act. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.